IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01023-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 75.71.181.49,

    Defendant.

## ORDER OF DISMISSAL

    In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed June 26, 2013 (ECF No. 12), it is

    ORDERED that Defendant John Doe, subscriber assigned IP address 75.71.181.49, is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this case is terminated.

    Dated:  June 26, 2013

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge